**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Yashawnus Patterson, Appellant.

Appellate Case No. 2020-000979

———————

Appeal From Richland County
Jocelyn Newman, Circuit Court Judge

———————

Unpublished Opinion No. 2021-UP-391
Submitted October 1, 2021 – Filed November 3, 2021

———————

**APPEAL DISMISSED**

———————

Chief Appellate Defender Robert Michael Dudek and
Appellate Defender Taylor Davis Gilliam, both of
Columbia, for Appellant.

Matthew C. Buchanan, of South Carolina Probation,
Parole and Pardon Services, of Columbia, for
Respondent.

———————

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386
U.S. 738 (1967). Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**KONDUROS, HILL, and HEWITT, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.